IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

MAY 1 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANETTA K. BENSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-1155 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL OF CAUSE

To:   John R. Rehn
       Attorney at Law
       311 E. Main Street, Suite 412
       Galesburg, Illinois 61401

You are hereby notified that Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, in the above-entitled cause, filed its notice of removal of the cause of the case of *Janetta K. Benson v. Prudential Insurance Company of America,* which case was recently pending in the Circuit Court of the Ninth Judical Circuit, Knox County, Illinois, under Case No. 05-L-16, a true and correct copy of which notice of removal of cause is served upon you and that said notice of removal of cause was filed on May 18, 2005.

                                                           THE PRUDENTIAL INSURANCE COMPANY
                                                           OF AMERICA

                                                           By: _Edna Bailey_
                                                                   One of its attorneys

Daniel J. McMahon
Jason M. Kuzniar
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,

262453.1

EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was deposited in the U.S. Mail, enclosed in an envelope properly addressed to:

John R. Rehn
Attorney at Law
311 E. Main Street, Suite 412
Galesburg, Illinois 61401
Tel: 309-342-4200

before the hour of 5:00 p.m. this 18th day of May, 2005.

*Edna Bailey*
Edna S. Bailey

262453.1