E-FILED
Friday, 20 May, 2005  02:25:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

Central District of Illinois

**FILED**
MAY 1 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JANETTA K. BENSON,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

**APPEARANCE**

CASE NUMBER: 05-1155

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**The Prudential Insurance Company of America**

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 18, 2005 | _Edna Bailey_ (signature) |
| Date | Signature |
| | Edna S. Bailey — 6277775 |
| | Print Name — Bar Number |
| | 120 N. LaSalle Street – 26th Floor |
| | Address |
| | Chicago — IL — 60602 |
| | City — State — Zip Code |
| | (312) 704-0550 — (312) 704-1522 |
| | Phone Number — Fax Number |

214352.1