E-FILED
Friday, 20 May, 2005  02:27:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

### Central District of Illinois

FILED
MAY 1 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JANETTA K. BENSON,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

**APPEARANCE**

CASE NUMBER: 05-1155

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**The Prudential Insurance Company of America**

I certify that I am admitted to practice in this court.

May 18, 2005
Date

Signature

Daniel J. McMahon        6201590
Print Name               Bar Number

120 N. LaSalle Street – 26th Floor
Address

Chicago         IL          60602
City            State       Zip Code

(312) 704-0550       (312) 704-1522
Phone Number         Fax Number

214246.1