# UNITED STATES DISTRICT COURT

## Central District of Illinois



FILED
MAY 1 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANETTA K. BENSON, | **APPEARANCE** |
| Plaintiff, | |
| v. | CASE NUMBER: 05-1155 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**The Prudential Insurance Company of America**

I certify that I am admitted to practice in this court.

_May 18, 2005_
Date

_[signature]_
Signature

| Jason M. Kuzniar | 6270123 |
|---|---|
| Print Name | Bar Number |

120 N. LaSalle Street – 26th Floor
Address

| Chicago | IL | 60602 |
|---|---|---|
| City | State | Zip Code |

| (312) 704-0550 | (312) 704-1522 |
|---|---|
| Phone Number | Fax Number |

214248.1