# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JANETTA K. BENSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 05-1155 |
| ) | |
| THE PRUDENTIAL INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |
| ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Janetta K. Benson, plaintiff, furnishes the following in compliance with Rule 11.3 of this court. The undersigned attorney, John Rehn, is representing Janetta K. Benson.

Respectfully submitted,

s/John Rehn
John Rehn

John Rehn
ARDC# 06230108
311 E. Main St., Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200
Fax:    309-341-2462