IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANETTA K. BENSON | ) | |
| Plaintiff | ) | |
| vs. | ) | Case No. 05-1155 |
| THE PRUDENTIAL INSURANCE COMPANY | ) | |
| Defendant | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the Certificate of Interest was electronically mailed pursuant to the electronic filing system to:

Edna S. Bailey
Wilson, Elser, Moskowitz, Edelman  Dicker LLP
120 N. LaSalle St., Suite 2600
Chicago, IL 60602


this 31st day of May 2005.

                                                              s/ John Rehn
                                                              John Rehn

John Rehn
ARDC# 06230108
311 E. Main St., Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200
Fax:    309-341-2462