

E-FILED
Thursday, 30 June, 2005 03:57:22 PM
Clerk, U.S. District Court, ILCD

Claimant: Janetta K. Benson
Claim #: 10415049
Social Security #: 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

## REIMBURSEMENT AGREEMENT

As an employee insured under Group Plan #91046, I have filed a claim for Short Term Disability (STD) benefits.

**With respect to Social Security benefits:** I understand that benefits payable under this Plan are to be reduced by any benefits under the Social Security Act that I or members of my family receive or would be entitled to receive as a result of my disability, for that same period.

Should my claim for benefits be approved, I request that Prudential postpone making the reduction of benefits described in the second paragraph of this Agreement until I actually am awarded Social Security benefits or receive a written decision notice from the Social Security Administration regarding my Social Security claim.

I understand that I must provide Prudential with written proof that I have completed the process above. Failure to complete this process and provide proof of same will result in Prudential (1) estimating my monthly Social Security benefit and (2) using that amount to determine my adjusted benefit.

I promise to notify Prudential immediately if I am awarded Social Security benefits.

If any benefits under the Social Security Act are awarded retroactively, I agree to repay Prudential immediately the amount paid to me under this Agreement in excess of the amount to which I would have been entitled under the terms of the Plan.

**With respect to Workers' Compensation or similar coverage:** Unlike the situation described above for Social Security benefits, I understand that regardless of whether or not I sign this Agreement, Prudential will not reduce my Disability Benefits by an estimate of Workers' Compensation (or similar coverage) benefits. Only Workers' Compensation (or similar coverage) benefits actually received by me will be used to determine the benefit I am entitled to receive under this Plan.

I agree to repay Prudential immediately the amount paid to me under this Group Plan in excess of the amount to which I would have been entitled under the terms of the Plan if I subsequently receive a Workers' Compensation or similar coverage award.

I hereby assign, transfer and set over to Prudential, to the extent of any excess so paid under this Agreement, the amount of future benefits which may become payable under this Plan.

_Janetta Kay Benson_
Signature of Employee

_Linda C Benson_
Signature of Witness

_Janetta KAy Benson_
Name of Employee (please print)

_9-30-01_
Date

R/A # 2 (Family)

EXHIBIT B