E-FILED
Friday, 28 October, 2005  02:54:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANETTA K. BENSON<br><br>             Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY ,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)   Case No. 05 cv 1155<br>)<br>)   Hon. Michael M. Mihm<br>)   Mag. Judge Byron G. Cudmore<br>)<br>)<br>) |

### STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff JANETTA K. BENSON ("Plaintiff") and Defendant THE PRUDENTIAL INSURANCE COMPANY (hereinafter "Prudential") agree and stipulate that Plaintiff voluntarily dismisses Prudential with prejudice and Prudential voluntarily dismisses its counterclaim against Benson with prejudice. All causes of action having been settled and all costs paid.

| | |
|---|---|
| JANETTA K. BENSON, Plaintiff | THE PRUDENTIAL INSURANCE COMPANY, Defendant |
| | |
| By:    /s/ John R. Rehn | By:    /s/ Edna S. Bailey |
|     John Rehn<br>    John Rehn Attorney at Law<br>    311 East Main Street, Suite 412<br>    Galesburg, Illinois 61401 |     Edna S. Bailey<br>    Wilson, Elser, Moskowitz,<br>       Edelman & Dicker LLP<br>    120 North LaSalle Street, Suite 2600<br>    Chicago, Illinois 60602<br>    (312) 704-0550 |
| Dated: October 28, 2005 | Dated: October 28, 2005 |

290683.1

290683.1

290683.1

**Formatted:** Font: 9 pt
**Deleted:** 290683.1

290683.1

Formatted: Font: 9 pt
Deleted: 290683.1

290683.1

**Formatted:** Font: 9 pt

**Deleted:** 290683.1

290683.1

Formatted: Font: 9 pt

Deleted: 290683.1

290683.1

290683.1

Formatted: Font: 9 pt
Deleted: 290683.1

290683.1

290683.1