E-FILED
Friday, 28 October, 2005  02:55:27 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| JANETTA K. BENSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 05 cv 1155<br><br>Hon. Michael M. Mihm<br>Mag. Judge Byron G. Cudmore |

**ORDER OF DISMISSAL**

  Based on the Stipulation of Voluntary Dismissal executed by all parties, stipulating to dismissal of The Prudential Insurance Company and Janetta K. Benson with prejudice and without costs to any party, IT IS HEREBY ORDERED that:

  The claim against Prudential Insurance Company and the counterclaim against Benson are dismissed with prejudice, with each party to bear its own costs.

  LET JUDGMENT BE ENTERED ACCORDINGLY.

                      BY THE COURT:

Dated: _____, 2005  _____

                      MICHAEL M. MIHM
                      United States District Judge

**Error! Unknown document property name.**